KC **FILED**
DEC 21 2007
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Angel Olden-Coe
(Please print)

STREET ADDRESS: 1100 Magnolia Ave.

CITY/STATE/ZIP: Joliet, IL 60432

PHONE NUMBER: 630-618-6775

CASE NUMBER: 07CV7195
JUDGE DOW
MAGISTRATE JUDGE COX

Angel Olden-Coe    12/13/07
Signature  Date