2-10-08

I Angel Olden-Coe, I don't understand what else I need, I hope these paper can help with my case. I don't know how much money is in my house. But I know ~~is~~ ~~~~ my Bal is $150.000 on my house. as of a few months ago. I'm losing my ~~house~~ because my job ~~won't~~ let me. ~~go~~ Here my court papers. And I have retain a lawyer for Chapter 7. Here a copy of that also. thank you for your time. ~~~~ please mail ALL paper to: thank you HAVE A nice DAy.

P.O. Box 2142
Joliet, Il. 60434
(815)728-5798 (Home.
(630)618-6775 cell
Case # 07C 7195
Judge: Robert M. Dow, Jr.

Sign. Angel Oldene

# FILED

### FEB 1 2 2008  YM

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### FEB 1 2 2008