IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Olden-Coe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07 C 7195 |
| v. | ) | |
| | ) | Judge Dow |
| Wendy's International, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, WENDY'S INTERNATIONAL, INC., by its attorneys Joshua G. Vincent and Melina T. Hipskind, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 28-day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint, filed on February 28, 2008, contains allegations of employment discrimination.

2. Defense counsel was recently retained to defend Wendy's International, Inc. in this lawsuit, and has filed an Appearance.

3. Defendant hereby requests an additional 28 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

4. Defense counsel spoke with Plaintiff (who is appearing *pro se*) on March 20, 2008, and she does not oppose this motion.

WHEREFORE, Defendant, Wendy's International, Inc., respectfully requests this court grant an enlargement of time up to and including April 28, 2008, to file an answer or to otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

WENDY'S INTERNATIONAL, INC.

By:  s/Melina T. Hipskind
            One of the Attorneys for Defendant

Joshua G. Vincent
Melina T. Hipskind
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
312-704-3000

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a true and correct copy of the foregoing document was (1) filed through the Court's CM/ECF system on March 20, 2008; and (2) mailed via U.S. Postal Service to the Plaintiff, who is appearing *pro se*, before 5:00 p.m. on March 20, 2008, at the following address of record:

Angel Olden-Coe
1100 Magnolia Avenue
Joliet, IL 60432

s/Melina T. Hipskind
Melina T. Hipskind

6299112v1 872563