IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angel Olden-Coe, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Wendy's International, Inc., )<br>)<br>Defendant. ) | 07 C 7195<br><br>Judge Dow |

### NOTICE OF MOTION

TO:  Angel Olden-Coe
     1100 Magnolia Avenue
     Joliet, IL 60432

PLEASE TAKE NOTICE that on March 27, 2006, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or any judge sitting in his stead in Courtroom 1919 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Defendant Wendy's International, Inc.'s Unopposed Motion for Enlargement of Time, a copy of which is attached hereto and herewith served upon you.

                                        s/Melina T. Hipskind
                                        Melina T. Hipskind

Joshua G. Vincent
Melina T. Hipskind
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
312-704-3000

6299262v1 872563

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that a true and correct copy of the foregoing document was (1) filed through the Court's CM/ECF system on March 20, 2008; and (2) mailed via U.S. Postal Service to the Plaintiff, who is appearing *pro se*, before 5:00 p.m. on March 20, 2008, at the following address of record:

Angel Olden-Coe
1100 Magnolia Avenue
Joliet, IL 60432

                                                            By: s/Melina T. Hipskind
                                                                 Melina T. Hipskind

6299262v1 872563