

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL S. OLDEN-COE,<br><br>**Plaintiff,**<br><br>- vs -<br><br>WENDY'S INT'L, INC.,<br><br>**Defendant.** | )<br>)<br>)<br>)  CASE NUMBER<br>)  **07 C 7195**<br>)<br>)<br>)  Judge Robert M. Dow Jr.<br>) |

APR 2 3 2008

F I L E D

APR 2 3 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S MOTION REQUESTING A DECISION ON MOTION FOR APPOINTMENT OF COUNSEL

### INTRODUCTION

*NOW COMES* the Plaintiff, ANGEL S. OLDEN-COE by and through herself Angel S. Olden-Coe, and for her motion requesting a decision on the motion for appointment of counsel. In support of her motion, Plaintiff Olden-Coe state the following:

1. On or about the 31st day of January, 2008, this court issued a order, *inter alia*, denied the motion to proceed in *forma pauperis* without prejudice, to be reconsidered upon Plaintiff Olden-Coe's submission of amended motion to proceed in *forma pauperis* showing that her current source of income does not afford her with the financial ability to pay the required $350.00 filing fees, and for showing that such requirement would severely interfere with her ability to be afforded with a reasonable amount of income to sustain a sufficient quantity of life's necessities for herself and for her dependent children. Also, the motion for appointment of counsel was set aside for a decision after final resolution of the application for leave to proceed in *forma pauperis*.

2. This court has determined that the statement of claims set forth in the complaint fairly meet the mandatory pleading requirements prescribed by the federal

rules of civil procedure. After full Discovery is had, Plaintiff Olden-Coe will be able to point out in the record information and documentary evidence she has to show that the defendants' unlawful discriminatory treatment toward her was violative of her rights guaranteed under Title VII, and the American with Disabilities Act, and maybe violative of her rights guaranteed under Title 42 U.S.C. Section 1981(a), as well.

3.  Plaintiff Olden-Coe's current economic condition does not afford her with the financial ability to pay the required $350.00 filing fees, and it would be unreasonable for her to seek out a money loaning institution to secure a loan on the equity of her home facing foreclosure action, in order for consideration to be given to her motion of appointment of consel.

4.  Granting the motion for appointment of counsel will ensure Plaitiff Olden-Coe is adequately afforded an equal opportunity to access the court to acquire remedy and justice against being wrongfully subjected to unlawful discrimination violative of Title VII and violative of the Americans with Disabilities Act, as well as will ensure that Plaintiff Olden-Coe is afforded the full and equal benefit of being represented by court appointed competent legal representation, thereby, ensuring the prompt resolution of this matter.

## CONCLUSION

Based upon the reason set forth above, the fairest and just decision for this court to make would be to grant the motion for appointment of counsel. Granting this motion will serve the ends of justice and will not prejudice any party.

**WHEREFORE,** the Plaintiff, **ANGEL S. OLDEN-COE,** ("Olden-Coe") respectfully request of this Honorable Court to grant the motion for appointment of counsel, and afford Plaintiff Olden-Coe with the full and equal benefit of being represented by court appointed competent legal representation.

*Respectfully submitted*

By  *Angel S. Olden-Coe*
ANGEL S. OLDEN-COE
Plaintiff

Angel S. Olden-Coe
P.O. Box 2124
Joliet, Illinois  60434
(630) 618-6775