

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANGEL S. OLDEN-COE, )
)
)
Plaintiff, )
) CASE NUMBER
- vs - ) 07 C 7195
)
WENDY'S INT'L, INC., )
) Judge Robert M. Dow Jr.   APR 2 3 2008
Defendant. )

### NOTICE OF MOTION

F I L E D

APR 2 3 2008 TG

TO: HINDSHAW & CULBERTSON LLP
Attn: Counsel Melina T. Hipskind
222 North LaSalle Street, Suite 300
chicago, Illinois 60601

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*PLEASE TAKE NOTICE* that on the 24th day of April, 2008, at 9:15 a.m., I shall appear before the Honorable Judge Robert M. dow Jr., in courtroom 1919 in the Everett McKinley Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there request a decision on motion for appointment of counsel, at which time you may be present if you so desire. A copy of the motion is attached hereto and served upon you herewith.

*Respectfully submitted*

By _____
ANGEL OLDEN-COE
Plaintiff

Angel Olden-coe
P.O. Box 2142
Joliet, Illinois 60434
(630) 618-6775

### CERTIFICATION OF SERVICE

The undersigned certifies under penalty of prejury under the Laws of the United States of America that a copy of the foregoing documents were served upon the defendants' attorney at her office of record as addressed above by placing the same in a sealed envelope with postage fully prepaid thereon and placing the same in a U.S. Post Office Box in the City of Joliet/Will County, on the 18th day of April, 2008, before the hour of 4:00 p.m.

_____
Angel Olden-Coe