IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angel Olden-Coe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 7195 |
| v. ) | |
| ) | Judge Dow |
| Wendy's International, Inc., ) | |
| ) | |
| Defendant. ) | |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, Defendant Wendy's International, Inc. states as follows:

1. Wendy's International, Inc. is a publicly traded company.

2. Wendy's International, Inc. has no parent corporation, and no publicly traded company owns more than 10% of its stock.

3. The following entities own 5% or more of Wendy's International, Inc. stock:

    a. Trian Fund Management, L.P. and other joint filers;
    b. Highfields Capital Management, L.P. and other joint filers;
    c. Barclays Global Investors, N.A. and other joint filers;
    d. Southeastern Asset Management, Inc.;
    e. Farallon Capital Partners, L.P. and other joint filers; and
    f. Pershing Square Capital Management, L.P.

Respectfully submitted,

WENDY'S INTERNATIONAL, INC.

By: s/Melina T. Hipskind
One of the Attorneys for Defendant

Joshua G. Vincent
Melina T. Hipskind
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
312-704-3000

6302494v1 872563

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that a true and correct copy of the foregoing document was (1) filed through the Court's CM/ECF system on April 30, 2008; and (2) mailed via U.S. Postal Service to the Plaintiff, who is appearing *pro se*, before 5:00 p.m. on April 30, 2008, at the following address of record:

Angel Olden-Coe
P.O. Box 2142
Joliet, IL 60434

                                                                  s/Melina T. Hipskind
                                                                  Melina T. Hipskind

6302494v1 872563