# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7195 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Olden-Coe vs. Wendy's | | |

**DOCKET ENTRY TEXT**

Plaintiff's entered and continued motion requesting a decision on motion for appointment of counsel [17] is granted. Attorney Priya K. Jesani of the firm of Pretzel & Stouffer, 1 S. Wacker Dr., Suite 1300, Chicago, Illinois 60606; 312/578-7598, is appointed to represent plaintiff Angel Olden-Coe in the above-entitled case. Status hearing set for 7/10/08 at 9:00a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | TBK |
|---|---|---|