U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 07 C 7195
Angel Olden-Coe,
          Plaintiff,
vs.
Wendy's International Inc.
          Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angel Olden-Coe

| |
|---|
| NAME (Type or print)<br>Priya K. Jesani |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Priya K. Jesani |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270114 | 312-346-1973 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

      The undersigned being first duly sworn on oath, certifies that the Appearance of Priya K. Jesani for Plaintiff was filed electronically this 9th day of July, 2008. Parties may access this filing through the Court's electronic system.

Joshua G. Vincent
Melina T. Hipskind
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

       /s/ Priya K. Jesani
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7598
Fax: (312) 346-8242
PJesani@pretzel-stouffer.com
*One of the attorneys for plaintiff*