## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Angel Olden−Coe
                    Plaintiff,

v.                                            Case No.: 1:07−cv−07195
                                              Honorable Robert M. Dow Jr.

Wendy's International Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 7/10/2008. Plaintiff is given to and including 8/7/08 within which to respond to defendant's affirmative defenses.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.