IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angel Olden-Coe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 7195 |
| v. ) | |
| ) | Judge Dow |
| Wendy's International, Inc., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR FACT DISCOVERY CLOSURE**

    NOW COME the Plaintiff, Angel Olden-Coe, and the Defendant, Wendy's International, Inc., by and through their respective attorneys, Priya K. Jesani and Melina T. Hipskind, and hereby stipulate that the parties shall complete written and oral fact discovery by May 15, 2009.

Respectfully submitted,

ANGEL OLDEN-COE

By: s/Priya K. Jesani
    One of the Attorneys for Plaintiff
    (Electronically signed with permission)

and

WENDY'S INTERNATIONAL, INC.

By: s/Melina T. Hipskind
    One of the Attorneys for Defendant

6344477v1 872563

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on July 25, 2008, I served the foregoing **Stipulation for Fact Discovery Closure** on the following attorney of record by electronically filing it with the Clerk of the Court using the ECF system which sent notification of such filing to Filing Users:

Ms. Priya K. Jesani, Esq.
Pretzel & Stouffer Chartered
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673

                                                  s/Melina T. Hipskind
                                                  Hinshaw & Culbertson LLP
                                                  222 N. LaSalle St., Suite 300
                                                  Chicago, IL 60601
                                                  312-704-3000